FILED
CLERK, U.S. DISTRICT COURT

NOV 14 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR 99-207 |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| v. | ) | (Fed.R.Crim.P. 32.1(a)(6) |
|  | ) | 18 U.S.C. § 3143(a) |
|  | ) | Allegations of Violations of |
|  | ) | Probation/Supervised Release |
| Defendant. | ) | Conditions) |

On arrest warrant issued by the United States District Court for the ___CDCA___ involving alleged violations of conditions of probation/supervised release:

1.  The court finds that no condition or combination of conditions will reasonably assure:

    A.  (✓) the appearance of defendant as required; and/or

    B.  (✓) the safety of any person or the community.

///
///
///
///
///
///

```
 1        2.   The Court concludes:
 2             A.   (✓) Defendant has failed to demonstrate by clear and
 3                       convincing evidence that he is not likely to pose
 4                       a risk to the safety of any other persons or the
 5                       community.  Defendant poses a risk to the safety
 6                       of other persons or the community based on:
 7                       _____
 8                       _____
 9                       _____
10                       _____
11                       _____
12             B.   (✓) Defendant has failed to demonstrate by clear and
13                       convincing evidence that he is not likely to flee
14                       if released.  Defendant poses a flight risk based
15                       on: _____
16                       _____
17                       _____
18                       _____
19                       _____
20
21        IT IS ORDERED that defendant be detained.
22
23   DATED:   11/14/12
24
25                                    _____
                                      HONORABLE JACQUELINE CHOOLJIAN
26                                    United States Magistrate Judge
27
28
```